IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV-F-05-1125 AWI/DLB |
| | ) | |
| | ) | ORDER RELATING CASE AND |
| | ) | TRANSFERRING CASE FROM |
| Petitioner, | ) | DOCKET OF JUDGE ISHII TO |
| | ) | DOCKET OF JUDGE COYLE |
| vs. | ) | |
| | ) | |
| | ) | |
| MARGARET SQUIRES, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
|  | ) | |

    The court concludes that this case is related within the meaning of Rule 83-123, Local Rules of Practice to Nos. CV-F-05-258 REC/DLB, CV-F-05-285 REC/DLB, CV-F-05-290 REC/DLB, CV-F-05-295 REC/DLB, and CV-F-05-302 REC/DLB.  The court therefore transfers this case from the docket of Judge Ishii to the docket of Judge Coyle.  All future filings in this case shall set forth the case number as "No. CV-F-05-1125 REC/DLB".

IT IS SO ORDERED.

**Dated: September 15, 2005**             **/s/ Robert E. Coyle**
668554                                                                      UNITED STATES DISTRICT JUDGE