```
McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for the United States of America
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No: 1: 05 CV 1125 AWI DLB |
| )                           ) | |
| Petitioner,                 ) | **ORDER TO SHOW CAUSE** |
| )                           ) | |
| v.                          ) | |
| )                           ) | |
| MARGARET SQUIRES,           ) | |
| )                           ) | |
| Respondent.                 ) | |

Upon the petition by McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and the declaration of Revenue Agent Fred Chynoweth, with its exhibits, it is hereby

**ORDERED** that the Respondent, MARGARET SQUIRES, appear before United States Magistrate Judge Dennis L. Beck, Courtroom 5 in the United States Courthouse, 1130 O Street, Fresno, California, on October 21, 2005, at 10:00 a.m., to show cause why the respondent should not be compelled to obey the Internal Revenue Service Summons issued on March 9, 2005.

**IT IS FURTHER ORDERED THAT:**

1. The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the

hearing scheduled above.  After the hearing, the United States Magistrate Judge intends to submit proposed findings and recommendations under Local Rule 72-304(a), with the original filed by the Clerk and a copy provided to all parties.

    2.   The petitioning Revenue Agent's group manager, and all federal employees designated by that group manager, hereby are appointed under Fed. R. Civ. P. 4(c)(2) to serve process in this proceeding.

    3.   A copy of this Order, together with the Petition and its exhibits, shall be personally served upon the respondent within 21 days of the date this Order is served upon the United States Attorney.

    4.   Proof of any service done pursuant to paragraph 3, above, shall be filed with the Clerk as soon as practicable.

    5.   The file reflects a prima facie showing that the investigation is conducted for a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed.  United States v. Powell, 379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted to whoever might oppose enforcement.

    6.   If there is any defense or opposition to the petition, such defense or opposition shall be made in writing, supported by affidavit, and filed with the Clerk and a copy served on the United States Attorney at least 10 days prior to the date set for the show cause hearing.

7. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

8. A respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days prior to the date set for the show cause hearing, that that respondent has no objection to enforcement of the summons.  That respondent's appearance at the hearing will then be excused.

9. The respondent is hereby notified that any respondent's failure to comply with this Order may subject that respondent to sanctions for contempt of Court.

IT IS SO ORDERED.

**Dated:   September 20, 2005**            **/s/ Dennis L. Beck**
3b142a                                      UNITED STATES MAGISTRATE JUDGE