McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:05-cv-1125 REC/DLB |
| Petitioner, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER RE SAME** |
| v. | |
| MARGARET SQUIRES, | |
| Respondent. | |

Petitioner United States of America and respondent Margaret Squires hereby stipulate to dismissal, without prejudice, of this I.R.S. summons enforcement action pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1). The parties request the Court endorse this stipulation by way of formal order.

Dated: November 21, 2005          Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney


/s/Dawn Bittleston___              /s/Brian W. Enos_____
By: Dawn Bittleston                By: Brian W. Enos
Klein, DeNatale, Goldner,          Assistant U.S. Attorney
Cooper, Rosenlieb & Kimball        Attorneys for Petitioner
Attorneys for Respondent           United States
Margaret Squires

**ORDER**

IT IS SO ORDERED.

December 1, 2005.                    __/s/ ROBERT E. COYLE_____
                                        ROBERT E. COYLE
                                     UNITED STATES DISTRICT JUDGE